# Third District Court of Appeal
## State of Florida

Opinion filed August 28, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1210
Lower Tribunal No. F82-26408A
_____

**Reginald Wright,**
Petitioner,

vs.

**The State of Florida,**
Respondent.

A Case of Original Jurisdiction – Habeas Corpus.

Reginald Wright, in proper person.

Ashley Moody, Attorney General, and Christina L. Dominguez, Assistant Attorney General, for respondent.

Before LOGUE, C.J., and LINDSEY and BOKOR, JJ.

PER CURIAM.

Denied. <u>See</u> <u>Frances v. State</u>, 143 So. 3d 340, 357 (Fla. 2014) (explaining that "the failure of appellate counsel to raise [a] meritless issue will not render appellate counsel's performance ineffective" (citing <u>Rutherford v. Moore</u>, 774 So. 2d 637, 643 (Fla. 2000))).